# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Randy Lee Hammitt,

              Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                    3:07-cv-65-3

US Probation Office, et al,

              Defendant(s).

DECISION BY COURT.  This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2007 Order.

Signed: February 14, 2007

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Dockets.Justia.com